## PITTS v. STATE.

### No. 19944.

Court of Criminal Appeals of Texas.

June 15, 1938.

Burch Downman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at death.

It has been made known to this court by proper affidavit that the appellant died May 24, 1938, after having perfected his appeal. The death of the appellant deprives this court of jurisdiction of the appeal. It is therefore abated.